IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

     Plaintiff,                     No. CIV S-05-0449 FCD CMK P

    vs.

NOVENCIDO, et al.,

     Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an affidavit in support of his request to proceed in forma pauperis pursuant to the court's order of March 14, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 11, 2005 affidavit for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an affidavit in support of his request to proceed in forma pauperis.

DATED:  April 21, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

/kf
weav0449.36