IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                    No. CIV S-05-0449 FCD CMK P

    vs.

NOVENCIDO, et al.,

    Defendants.              ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 27, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 7, 2005 request for an extension of time is granted; and

        2. Plaintiff shall file an amended complaint on or before July 25, 2005.

DATED:  June 13, 2005.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

/kf
weav0449.36a