1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE WEAVER

11          Plaintiff,                    No. CIV S-05-0449 FCD CMK

12       vs.

13   NOVENCIDO, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed April 27, 2005, plaintiff's complaint was

18   dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

19   complaint.

20          The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

21   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

22   plaintiff has a reasonable opportunity to prevail on the merits of this action.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1. Service is appropriate for the following defendants: Novencido, R. Gile,

25   William Merkle, and James Gomez.

26          2. The Clerk of the Court shall send plaintiff four USM-285 forms, one

1

1   summons, an instruction sheet and a copy of the amended complaint filed July 18, 2005.

2          3.  Within thirty days from the date of this order, plaintiff shall complete the

3   attached Notice of Submission of Documents and submit the following documents to the court:

4          a.  The completed Notice of Submission of Documents;

5          b.  One completed summons;

6          c.  One completed USM-285 form for each defendant listed in number 1

7          above; and

8          d. Five copies of the endorsed amended complaint filed July 18, 2005.

9          4.  Plaintiff need not attempt service on defendants and need not request waiver of

10   service.  Upon receipt of the above-described documents, the court will direct the United States

11   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

12   without payment of costs.

13

14   DATED:   September 6, 2005.

15

16                                    _____
                                      **CRAIG M. KELLISON**
17                                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11            Plaintiff,                        No. CIV

12      vs.

13                                              NOTICE OF SUBMISSION

14            Defendants.                          OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____          completed summons form

19            _____          completed USM-285 forms

20            _____          copies of the _____
                                           Amended Complaint

21   DATED:

22

23                                              _____
                                                Plaintiff
24

25

26