IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | No. CIV S-05-0449-RRB-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| NOVENCIDO, et al., | |
|     Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's document entitled "Motion of Objection to Defendant Motion to Dismiss; Plaintiff Request for Judicial Help, to Prepare For Oppositional Motion" [sic] (Doc. 23), filed on January 23, 2006.

    Plaintiff states that he was recently transferred to another prison and that, as a result, he does not have his legal materials in order to prepare a timely opposition to defendant's motion to dismiss. The court will construe plaintiff's document as a motion for an extension of time to file an opposition to defendant's motion. So construed, the request will be granted.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's document, filed on January 23, 2006, is construed as a motion for an extension of time to file an opposition to defendant's motion to dismiss;

2. So construed, the motion is granted; and

3. Plaintiff may file an opposition to defendant's motion within 30 days of the date of service of this order.

DATED: January 25, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE