1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE WEAVER,

11          Plaintiff,            No. CIV S-05-0449 RRB CMK P

12      vs.

13   NOVENCIDO, et al.,

14          Defendants.         <u>ORDER</u>

15   _____/

16          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18          On September 7, 2005, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant R. Gile was returned unserved because

20   "defendant has retired and unable to locate."  Plaintiff must provide additional information to

21   serve this defendant.  Plaintiff shall promptly seek such information through discovery, the

22   California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to

23   plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may

24   seek judicial intervention.  Once additional information sufficient to effect service is obtained,

25   plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for

26   service by the U.S. Marshal.  Plaintiff is cautioned that failure to effect service may result in the

1

dismissal of unserved defendants.  See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the court once such information is ascertained.

DATED:   February 6, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE