**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>vs.<br><br>NOVENCIDO, <u>et al.</u>,<br><br>        Defendants. | No. 2:05-CV-0449-RRB-CMK-P<br><br>**ORDER** |

Plaintiff Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to Craig M. Kellison, a United States Magistrate Judge, pursuant to the Local Rules of the Eastern District of California.

On April 24, 2006, Magistrate Judge Kellison filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 1
2:05-CV-0449-RRB-CMK-P

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations (Docket No. 36), filed on April 24, 2006, are adopted in full.

2.   Defendants' Motion to Dismiss (Docket No. 19) is hereby **GRANTED**.

3.   All other pending motions are hereby **DENIED** as moot.

4.   This action is **DISMISSED**, in its entirety, as against all Defendants; and

5.   The Clerk of Court is directed to enter judgment and close this file.

ENTERED this 6th day of June, 2006.

//s//
_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 2
2:05-CV-0449-RRB-CMK-P