IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                    No. CIV S-05-0449 RRB CMK P

  vs.

NOVENCIDO, et al.,

        Defendants.              ORDER

_____/

        On July 31, 2006, plaintiff filed a motion to proceed in forma pauperis and for appointment of counsel. This civil rights action was closed on July 6, 2006, and is currently pending on appeal to the Ninth Circuit Court of Appeal. Plaintiff is advised that documents filed in this court by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 16, 2006.

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE

/mp
weav 05cv0449.58