UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>         Plaintiff - Appellant,<br><br>    v.<br><br>NOVENCIDO, Warden; et al.,<br><br>         Defendants - Appellees. | No. 06-16256<br>D.C. No. CV-05-00449-RRB/CMK<br><br><br><br>**ORDER** |

This appeal has been taken in good faith    [  ]

This appeal is not taken in good faith        [✓]

Explanation: Well outside statute of limitations.

_____
Judge
United States District Court

Date: 8/8/06